UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:19-cv-62208-RKA

**CHARLES GREENBERG,**
individually and on behalf of all
others similarly situated,                                            **CLASS ACTION**

*Plaintiff*,                                                                       **JURY TRIAL DEMANDED**

v.

**THE KEYES COMPANY,**
a Florida company,

*Defendant*.
_____/

## NOTICE OF SETTLEMENT

Plaintiff Charles Greenberg hereby notifies the Court that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff and Defendant are in the process of drafting a settlement agreement. Plaintiff anticipates filing a notice of dismissal within ten (10) days of this notice

Date: March 23, 2020

Respectfully submitted,

**HIRALDO P.A.**

*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
Florida Bar No. 030380
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Email: mhiraldo@hiraldolaw.com
Telephone: 954.400.4713