IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0:19-CV-62208-RKA

CHARLES GREENBERG, individually and on
behalf of all others similarly situated,

    *Plaintiff*,

vs.

THE KEYES COMPANY,
a Florida Limited Liability Company,

    *Defendant.*
_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
### UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)

Pursuant to Fed. R. Civ. P., 41(a)(1)(A)(ii), Plaintiff CHARLES GREENBERG and Defendant THE KEYES COMPANY (collectively, the "Parties"), hereby stipulate and agree, by and through their respective undersigned counsel, to the following:

(1)     The claims asserted in the above captioned action by the named individual Plaintiff against Defendant are dismissed with prejudice and the Parties shall bear their own legal and other fees, costs and expenses incurred in this matter; and,

(2)     The Parties hereby request, by and through their respective counsel, that the Court enter the proposed stipulated order for dismissal in accordance herewith.

Dated: May 8, 2020.

CASE NO.: 0:19-CV-62208-RKA

| *Counsel for Plaintiff* <br> *Charles Greenberg* <br><br> /s/ Scott Edelsberg_____ <br><br> Andrew J. Shamis, Esq. <br> Florida Bar No. 101754 <br> Garrett O. Berg <br> Florida Bar No. 1000427 <br> **SHAMIS & GENTILE, P.A.** <br> 14 NE 1st Ave., Suite 1205 <br> Miami, FL 33132 <br> Telephone (305) 479-2299 <br> Facsimile (786) 623-0915 <br> Email: efilings@shamisgentile.com <br><br> Scott Edelsberg <br> Email: scott@edelsberglaw.com <br> Florida Bar No. 0100537 <br> Jordan Utanski, Esq. <br> Email: utanski@edelsberglaw.com <br> Florida Bar No. 119432 <br> **EDELSBERG LAW, P.A.** <br> 20900 NE 30th Avenue, Suite 417 <br> Aventura, FL 33180 <br> Telephone: (305) 975-3320 <br><br> Manuel S. Hiraldo <br> Florida Bar No. 030380 <br> **HIRALDO P.A.** <br> 401 E. Las Olas Boulevard, Suite 1400 <br> Ft. Lauderdale, Florida 33301 <br> Email: mhiraldo@hiraldolaw.com <br> Telephone: (954) 400-4713 | *Counsel for Defendant* <br> *The Keyes Company* <br><br> /s/ Greg J. Weintraub_____ <br><br> Alan D. Lash <br> Florida Bar No. 510904 <br> alash@lashgoldberg.com <br> Greg J. Weintraub <br> Florida Bar No. 0075741 <br> gweintraub@lashgoldberg.com <br> Anna Lazarus <br> Florida Bar No. 41337 <br> **LASH & GOLDBERG LLP** <br> Miami Tower, Suite 1200 <br> 100 Southeast Second Street <br> Miami, Florida 33131 <br> Tel: 305-347-4040 <br> Fax: 305-347-4050 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Florida by using the CM/ECF system, which sent notification of such filing to all CM/ECF participants.

s/ Greg J. Weintraub