**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 0:19-CV-62208-RKA**

CHARLES GREENBERG, individually and on
behalf of all others similarly situated,

    *Plaintiff*,

vs.

THE KEYES COMPANY,
a Florida Limited Liability Company,

    *Defendant.*
_____/

**[PROPOSED] STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE came before the Court on the Parties' Joint Stipulation of Dismissal with Prejudice, and the Court, having considered same, having reviewed the file, and being otherwise advised in the premises, it is hereby **ORDERED AND ADJUDGED**:

This action is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorneys' fees. All pending motions are denied as moot.

**DONE AND ORDERED** in Ft. Lauderdale, Florida this _____ day of May, 2020.

                                                      _____
                                                      **ROY K. ALTMAN**
                                                      **UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Counsel of Record